FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAMUEL TEACHER BANKS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LARRY HASKLE, PATRICK T. JOHNSON, and GEOFFREY KRISTIANSON,<br><br>　　　　Defendants. | NO: 2:18-CV-00116-RMP<br><br>ORDER DISMISSING COMPLAINT |

By Order file June 7, 2018, the Court advised Plaintiff of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty (60) days. ECF No. 9. On July 25, 2018, the Court received notice from the Spokane County Jail that Plaintiff had been released to the custody of the Washington State Department of Corrections at the Washington Correction Center. ECF No. 10. Plaintiff is proceeding *pro se* and *in forma pauperis;* Defendants have not been served.

ORDER DISMISSING COMPLAINT~1

Plaintiff filed his complaint against three prosecutors, asking this Court to intervene in state criminal proceedings to ensure a "fair trial free of threats or coercion." ECF No. 1 at 8. The named Defendants, however, were entitled to absolute prosecutorial immunity from liability under 42 U.S.C. § 1983. *See Imbler v. Pachtman,* 424 U.S. 409, 430 (1976).

In addition, Plaintiff sought monetary damages claiming "human rights" violations under "Article 1, Article 7, Article 10, Article 11 and Article 30," ECF No. 1 at 5, presumably of the Universal Declaration of Human Rights. This also failed to state a viable claim for relief. *See Sosa v. Alvarez-Machain*, 542 U.S. 692, 734–35 (2004) (explaining that the Universal Declaration of Human Rights is an international agreement that does not give rise to legal obligations because it is merely a "statement of principles").

Plaintiff did not amend as directed and has not filed anything further in this action. Therefore, for the reasons set forth above and in the Court's prior Order, ECF No 9, **IT IS ORDERED** that the complaint, **ECF No. 8**, is **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), but **without prejudice** to Plaintiff pursuing appropriate state appellate and federal habeas relief.

Based on this Court's reading of *Washington v. Los Angeles Cty. Sheriff's Dep't,* 833 F.3d 1048 (9th Cir. 2016), this dismissal will **NOT** count as a "strike" pursuant to 28 U.S.C. § 1915(g). The Court certifies that any appeal of this

dismissal would not be taken in good faith.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment for Defendants, provide a copy to Plaintiff at his last known address, and close the file.

**DATED** September 20, 2018.

                                       *s/ Rosanna Malouf Peterson*
                                      ROSANNA MALOUF PETERSON
                                        United States District Judge